IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE JONES, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| CITY OF PHILADELPHIA, et al., | NO. 25-6904 |
| *Defendants.* | |

## ORDER

**AND NOW**, this 14th day of April, 2026, upon consideration of the Amended Complaint, (Dkt. No. 33), Stephen Morrison's Motion to Dismiss, (Dkt. No. 23), the City of Philadelphia's Motion to Dismiss, (Dkt. No. 24), the Plaintiff's Response in Opposition with Cross-Motion for Limited John Doe Discovery Toward an Amended Complaint, (Dkt. No. 27), and the City of Philadelphia's Reply, (Dkt. No. 28), it is hereby **ORDERED** as follows:

1.  The Motions to Dismiss, (Dkt. Nos. 23–24), are **GRANTED**.

2.  For Count I, the claims under the Fourth Amendment and Fourteenth Amendment substantive due process claims are **DISMISSED with prejudice**, and the procedural due process claim under the Fourteenth Amendment is **DISMISSED without prejudice**.

3.  The Cross-Motion for Limited John Doe Discovery, (Dkt. No. 27), is **DENIED**.

4.  Plaintiff may file a second amended complaint consistent with the accompanying memorandum on or before **April 28, 2026**.

BY THE COURT:


*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.